IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LOCAL UNION NO. 124 I.B.E.W. PENSION TRUST FUND, a Trust Fund, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> R.F. FISHER ELECTRIC COMPANY, L.L.C. <br><br> Defendant. | No. 4:20-cv-00048-BCW |

## MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS

Comes now John J. Westerhaus, and hereby moves to withdraw as attorney of record for Plaintiffs in the above captioned action.

The firm of ARNOLD, NEWBOLD, SOLLARS & HOLLINS, P.C., continues to represent Plaintiffs as counsel of record.

Respectfully Submitted,

ARNOLD, NEWBOLD, SOLLARS & HOLLINS, P.C.

/s/ John J. Westerhaus
John J. Westerhaus, No. 65266
1100 Main Street, Ste. 2001
Kansas City, Missouri 64105
Telephone (816) 421-5788
FAX (816) 471-5574

*Attorney for Plaintiffs*

{00374412;B16-165;BJS }

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notice of such filing to all participants in the CM/ECF system.

/s/ John J. Westerhaus
John J. Westerhaus

{00374412;B16-165;BJS }